In re: Michael R. SHEMONSKY,
Appellant

Michael G. Oleyar, Jr., Trustee.

No. 07–4499.

United States Court of Appeals,
Third Circuit.

Submitted for Possible Dismissal
Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
Summary Action

Pursuant to Third Circuit LAR 27.4 and
I.O.P. 10.6 Sept. 11, 2008.

Opinion filed: Sept. 18, 2008.

Michael R. Shemonsky, Weatherly, PA,
for Appellant.

Before: SLOVITER, FISHER and
HARDIMAN, Circuit Judges.

OPINION

PER CURIAM.

Michael Shemonsky appeals the District
Court's order dismissing his bankruptcy
appeal. In February 2007, Shemonsky
filed a Chapter 7 bankruptcy petition in
the Bankruptcy Court for the Middle District
of Pennsylvania. On August 29, 2007,
the Bankruptcy Court dismissed the petition
for failure to file the required documents,
and Shemonsky filed a notice of
appeal to the District Court. By order
entered October 23, 2007, the District
Court directed Shemonsky to file a brief
which conformed with Rule 8010 of the
Federal Rules of Bankruptcy Procedure.

After Shemonsky filed his brief, the District
Court concluded that the brief did not
conform with Rule 8010 and did not assert
any reason to question the order of the
Bankruptcy Court. After the District
Court dismissed the appeal, Shemonsky
filed a timely notice of appeal from the
District Court's order.

We have jurisdiction under 28 U.S.C.
§§ 158(d) and 1291. Rule 8010 requires
that the brief contain, *inter alia,* a statement
of the issues presented, a statement
of the case, and argument. We have held
that Rule 8010 serves the substantive purpose
of giving the District Court notice of
the alleged errors in the appealed decision.
*In re Trans World Airlines, Inc.,* 145 F.3d
124, 132 (3d Cir.1998). Therefore, a District
Court has the discretion to deem an
argument waived if it is not presented in
compliance with Rule 8010. *Id.* In his
District Court brief, Shemonsky did not
present any cognizable challenges to the
Bankruptcy Court order dismissing his
case. Likewise, in his brief on appeal, he
does not present any cognizable challenge
to the District Court's order dismissing his
bankruptcy appeal.

Summary action is appropriate if there
is no substantial question presented in the
appeal. *See* Third Circuit LAR 27.4. For
the above reasons, as well as those set
forth by the District Court, we will summarily
affirm the District Court's order.
*See* Third Circuit I.O.P. 10.6. Shemonsky's
motions to disbar and permanently
enjoin Michael G. Oleyar and to reconsider
the Clerk's January 3, 2008, order are
denied.